2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: ) | Case No. 23-01243-WLH11 | |
| ICAP ENTERPRISES INC., et al., ) | | |
| Debtor(s) ) | Adv. Proc. No. 25-80094-WLH | |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust, ) | | |
| Plaintiff(s) ) | | |
| v. ) | | |
| Marcus & Millichap Capital Corporation, Olympia Hotel Group, LLC, Sunset Living, LLC, Manmohan Dhillon, Sarjit Dhillon, Sukhvir Singh Josan, and Jaswinder Kaur Josan ) | **SUMMONS IN AN ADVERSARY PROCEEDING** | |
| Defendant(s) ) | | |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  United States Bankruptcy Court
Eastern District of Washington
PO Box 2164
Spokane, WA 99210-2164

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
Name and Address of Plaintiff's Attorney:
Jason E Wax
c/o Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: September 29, 2025



Clerk, U.S. Bankruptcy Court

by: /s/ Tyler Lindsey
Deputy Clerk

SUMMONS IN AN ADVERSARY PROCEEDING - 1