| | |
|---|---|
| JASON EDWARD WAX (WSBA #41944)<br>BUSH KORNFELD LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101<br>Tel: (206) 292-2110<br>Facsimile: (206) 292-2104<br>Email: jwax@bskd.com<br><br>ALAN J. KORNFELD (admitted *Pro Hac Vice*)<br>JEFFREY W. DULBERG (admitted *Pro Hac Vice*)<br>TAVI C. FLANAGAN (admitted *Pro Hac Vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br>Tel: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Emails: akornfeld@pszjlaw.com,<br>jdulberg@pszjlaw.com, tflanagan@pszjlaw.com | HON. WHITMAN L. HOLT |

*Attorneys for the Plaintiffs*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>iCAP ENTERPRISES INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br><br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust,<br><br>            Plaintiffs,<br><br>v.<br><br>Marcus & Millichap Capital Corporation, Olympia Hotel Group, LLC, Sunset Living, LLC, Manmohan Dhillon, Sarjit Dhillon, Sukhvir Singh Josan, and Jaswinder Kaur Josan, and ST Renton, LLC,<br><br>            Defendants. | Adv. Pro. No. 24-80094-WLH<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

I, ERIC YOCOM, hereby declare as follows:

1. I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

2. On the 5th day of December, 2025, on behalf of attorney Jason Wax, I caused the T*rustees' Opposition to Motions to Dismiss First Amended Complaint Filed by Defendants (I) Olympia Hotel Group, LLC and Sunset Living, LLC (Third Party Buyers), and Manmohan Dhillon, Sarbjit Dhillon, Sukhvir Singh Josan, and Jaswinder Kaur Josan (Short Term Lenders); and (II) St Renton, LLC* [Dkt. 31] (the "Opposition") to be filed with the Bankruptcy Court in the above-captioned Adversary Proceeding.

3. Upon filing, the Opposition was electronically delivered by the CM/ECF system to the following parties:

| Recipient | Email |
|---|---|
| Marcus & Millichap Capital Corporation [Kevin A Bay] | bay@ryanlaw.com, nmorin@tousley.com; efile@tousley.com |
| Olympia Hotel Group, LLC [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |
| Sunset Living, LLC [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |
| Jaswinder Kaur Josan [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |
| Manmohan Dhillon [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |
| Sarjit Dhillon [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |

PROOF OF SERVICE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2851 im05d3018w

25-80094-WLH    Doc 32    Filed 12/05/25    Entered 12/05/25 10:15:09    Pg 2 of 3

| Sukhvir Singh Josan [Andrew R Escobar] | aescobar@seyfarth.com, dkeum@seyfarth.com, karen.hansen@dlapiper.com; andrew-escobar-3274@ecf.pacerpro.com |
|---|---|
| ST Renton, LLC [Daniel Weiskopf] | dweiskopf@mcnaul.com, tdo@mcnaul.com |

I declare under penalty of perjury that the foregoing information is true and correct.

DATED this 5th day of December, 2025, at Seattle, Washington.

/s/ *Eric Yocom*
ERIC YOCOM

PROOF OF SERVICE – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104