Kevin A. Bay, WSBA #19821　　　　　　　　　　　　　　　　Hon. Whitman L. Holt
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
bay@ryanlaw.com

Attorneys for Defendant Marcus &
Millichap Capital Corporation

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re<br><br>ICAP ENTERPRISES INC., et al.<br><br>　　　　　　　　Debtors.<br><br>Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Marcus & Millichap Capital Corporation, Olympia Hotel Group, LLC, Sunset Living, LLC, Manmohan Dhillon, Sarjit Dhillon, Sukhvir Singh Josan, Jaswinder Kaur Josan, and ST Renton, LLC,<br><br>　　　　　　　　Defendants. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered<br><br>Adv. Pro. No. 25-80094-WLH<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER S. HILL** |

　　Pursuant to Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington, and Rule 9010-1(a)(3) of the Local Rules for the Bankruptcy Court for the Eastern District of Washington, Kevin A. Bay, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, hereby moves on behalf of Defendant Marcus & Millichap Capital Corporation, for the admission *pro hac vice* of Christopher S. Hill in the above-captioned case, based upon the following.

MOTION FOR ADMISSION *PRO
HAC VICE* OF CHRISTOPHER S. HILL - 1



4909-8999-6687.1

1. Mr. Hill's business address, phone number and email:

   Christopher S. Hill
   KIRTON McCONKIE
   36 S. State Street, Suite 1900
   Salt Lake City, UT 84111
   Telephone: (801) 328-3600
   chill@kmclaw.com

2. Date of admission to practice before other courts:

Mr. Hill was admitted to practice in the California State Courts on December 23, 1999. The district courts and dates of admission of which Mr. Hill is a member in good standing are as follows:

State of Utah Courts, 10/14/2003

U.S. District Court for the District of Utah, 10/14/2003

Ninth Circuit Court of Appeals, 08/09/2017

Tenth Circuit Court of Appeals, 10/02/2019

U.S. District Court, Southern District of California, 11/09/2017

U.S. District Court, Central District of California, 05/30/2001

3. Name, address, phone number and email of admitted counsel with whom the applicant will be associated:

Kevin A. Bay
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
bay@ryanlaw.com

4. Mr. Hill has never been disbarred or formally censured by any court or bar association, and no such disciplinary action or sanction is pending against Mr. Hill.

5. The applicant has deep knowledge of the facts and circumstances involved in this case. Consequently, appearance by the applicant is necessary because it will assist Marcus & Millichap and the Court in defending and resolving this matter.

MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER S. HILL - 2


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4909-8999-6687.1

25-80094-WLH    Doc 46    Filed 02/13/26    Entered 02/13/26 13:16:42    Pg 2 of 4

6. Defendant Marcus & Millichap have proposed that Mr. Hill serve as their counsel. Mr. Hill has read and is familiar with Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington, and Rule 9010-1(a)(3) of the Local Rules for the Bankruptcy Court for the Eastern District of Washington and understands it is necessary to associate with admitted counsel, who shall sign all pleadings, motions and other papers prior to filing and service and shall have meaningful participation in the case.

7. Defendant Marcus & Millichap has retained Ryan, Swanson & Cleveland, PLLC to serve as local counsel in this case. The admitted attorneys at Ryan, Swanson & Cleveland, PLLC will assist Mr. Hill in his representation of Defendant Marcus & Millichap in this action.

8. Pursuant to Local Bankruptcy Rule 9010-1 and Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington, the required fee has been paid.

WHEREFORE, the undersigned requests that this court enter an order admitting Mr. Hill to practice law before this court in the above-captioned case, and any related cases, adversary proceedings, and appeals, and to serve as co-counsel with Ryan, Swanson & Cleveland.

Dated: February 13, 2026.

RYAN, SWANSON & CLEVELAND, PLLC

By: */s/ Kevin A. Bay*
    Kevin A. Bay, WSBA #19821
    RYAN, SWANSON & CLEVELAND, PLLC
    401 Union Street, Suite 1500
    Seattle, Washington 98101-2668
    Telephone: (206) 464-4224
    bay@ryanlaw.com
    *Attorneys for Defendant Marcus &*
    *Millichap Capital Corporation*



# DECLARATION OF CHRISTOPHER S. HILL

I, Christopher S. Hill, do hereby swear and affirm that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true. I understand that I am charged with knowing and complying with all applicable local rules. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are no disciplinary proceedings against me. I understand that I am under a continuing duty to promptly update the information provided in the application until the court has ruled on the motion for admission *pro hac vice*. Further, if the motion is granted, I understand that I am under a continuing duty to promptly update the information provided in the application as long as I continue to appear *pro hac vice* in the action or proceeding. Any updated information shall be provided to both the tribunal that granted the motion and to the tribunal in which the action or proceeding may then be pending.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 13th day of February 2026 in Salt Lake City, UT.

By: */s/ Christopher S. Hill (Approved by Email)*
Christopher S. Hill

MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER S. HILL - 4



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4909-8999-6687.1