**Dated: March 2nd, 2026**

Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC., *et al.,*<br><br>                Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>     Plaintiffs,<br><br>v.<br><br>Marcus & Millichap Capital Corporation, Olympia Hotel Group, LLC, Sunset Living, LLC, Manmohan Dhillon, Sarbjit Dhillon, Sukhvir Singh Josan, Jaswinder Kaur Josan, and ST Renton, LLC,<br><br>     Defendants. | Adv. Pro. No. 25-80094-WLH<br><br><br>**SCHEDULING ORDER** |

A scheduling conference was held before the court on February 25, 2026.

IT IS ~~HEREBY~~ ORDERED AS FOLLOWS:

The proposed pretrial schedule set out in the parties' *Second Joint Status Report* dated February 23, 2026 (ECF No. 49) is approved, as set forth below:

**SCHEDULING ORDER**
**Page - 1**

4925-9520-1682.2 39502.00002

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| Date | Event |
|---|---|
| March 11, 2026 | Last day for Parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) |
| September 11, 2026 | Close of fact discovery |
| October 12, 2026 | Last day to serve initial expert disclosures and reports |
| November 9, 2026 | Last day to serve rebuttal expert disclosures and reports |
| December 7, 2026 | Close of expert discovery |
| January 8, 2027 | Last day to file dispositive motions |
| March 8, 2027 | Parties to file and serve a proposed pretrial order |
| March 15, 2027 at 2:00 p.m. | Telephonic pretrial conference to take place. |
| March 29, 2027 through April 2, 2027 | Trial to take place |

///End of Order///

Presented by:

BUSH KORNFELD LLP

*/s/* Jason Edward Wax
Jason Edward Wax (WSBA # 41944)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel: (206) 292-2110
Facsimile: (206) 292-2104
Email:  jwax@bskd.com

Alan J. Kornfeld (admitted *Pro Hac Vice*)
Jeffrey W. Dulberg (admitted *Pro Hac Vice*)
Tavi C. Flanagan (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910

**SCHEDULING ORDER**
**Page - 2**

4925-9520-1682.2 39502.00002

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Facsimile: (310) 201-0760
Emails: akornfeld@pszjlaw.com, jdulberg@pszjlaw.com, tflanagan@pszjlaw.com

*Attorneys for Plaintiffs, Lance Miller and Seth Freeman, Co-Trustees of the iCap Trust*

RYAN, SWANSON & CLEVELAND, PLLC

*/s/ Kevin A. Bay*
Kevin A. Bay (WSBA #19821)
401 Union Street, Suite 1500
Seattle, WA 98104-2668
Tel:    (206) 464-4224
Email:  bay@ryanlaw.com

KIRTON McCONKIE
Christopher S. Hill (admitted *Pro Hac Vice*)
Jeremy C. Sink (admitted *Pro Hac Vice*)
36 S. State Street, Suite 1900
Salt Lake City, UT 84111
TEL: (801) 328-3600
Emails: chill@kmclaw.com, jsink@kmclaw.com

*Attorneys for Defendant Marcus & Millichap Capital Corporation*

McNAUL EBEL NAWROT & HELGREN PLLC

*/s/ Claire Martirosian*
Claire Martirosian (WSBA #49528)
Daniel M. Weiskopf (WSBA #44941)
600 University Street, Suite 2700
Seattle, WA 98101-3143
TEL:  (206) 389-9372
Email:  dweiskopf@mcnaul.com, cmartirosian@mcnaul.com

*Attorneys for ST Renton, LLC*

**SCHEDULING ORDER**
**Page - 3**

4925-9520-1682.2 39502.00002

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

SEYFARTH SHAW LLP

/s/ Andrew R. Escobar
Andrew R. Escobar (WSBA #42793)
Daniel B. Keum (WSBA #57174)
999 Third Avenue, Suite 4700
SEATTLE, WA 98104-4041
TEL:  (206) 946-4910
Emails:  aescobar@seyfarth.com
dkeum@seyfarth.com

GALVIN REALTY GROUP, P.S.
Yen B. Lam (WSBA #32989)
6100-219th Street, Suite 560
Mountlake Terrace, WA 98043
Tel:    (425) 248-2163
Email:  ylam@grlg.com

*Attorneys for Olympia Hotel Group, LLC, Sunset Living, LLC, Manmohan Dhillon, Sarbjit Dhillon, Sukhvir Josan, and Jaswinder Kaur Josan*

\* Changes made by court

**SCHEDULING ORDER**
**Page - 4**

4925-9520-1682.2 39502.00002

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104